IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM D. BOILEAU, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-441 (MTT) |
| TERRY DUFFY, Warden, | ) |
| Respondent. | ) |

### ORDER

This matter is before the Court on the Recommendation to Grant of United States Magistrate Judge Charles H. Weigle.  (Doc. 12).  The Magistrate Judge, having reviewed the Respondent's Motion to Dismiss (Doc. 9), recommends granting the Motion and dismissing the Petitioner's petition seeking habeas corpus relief because it was not timely filed.  The Magistrate Judge also found that the Petitioner did not satisfy his burden of showing he is entitled to equitable tolling.  Further, because the Petitioner has not made a substantial showing of the denial of a constitutional right, the Magistrate Judge recommends denying a certificate of appealability.  The Petitioner did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court.  The Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus is **DISMISSED**.  Any application for a certificate of appealability is also **DENIED**.

**SO ORDERED**, this the 20th day of June, 2012.

                                           S/ Marc T. Treadwell
                                           MARC T. TREADWELL, JUDGE
                                           UNITED STATES DISTRICT COURT